**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMES LEONARD MILLER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:23-CV-1716 AGF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of James Miller's filing in this case. [ECF No. 1]. James Leonard is currently incarcerated in federal custody at the Federal Correctional Institution at Terre Haute, Indiana, after being sentenced by this Court on February 23, 2023, to a total term of 135 months of imprisonment for the charges of conspiracy to distribute and possess with the intent to distribute fifty grams or more of methamphetamine and felon in possession of a firearm. *United States v. Miller*, No. 4:21-CR-00450 AGF (E.D. Mo.).

Movant initiated this action by filing a handwritten "Motion Under 28 U.S.C. § 2255." However, the motion is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send movant the Court form for § 2255 motions, and movant will have thirty (30) days to file an amended motion on the Court form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 22nd day of January, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE